IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FELICIA PRIAH et al., | ) | CASE NO.: 1:06CV02196 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE BOYKO |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | FEDERAL DEFENDANT UNITED |
| | ) | STATES' MOTION TO DISMISS OR, |
| Defendant. | ) | IN THE ALTERNATIVE, MOTION |
| | ) | FOR SUMMARY JUDGMENT |

NOW COMES the United States of America, pursuant to Federal Rules of Civil

Procedure 12(b)(1),(6), and 56(b), and hereby move this Honorable Court to dismiss this case

against it for lack of subject matter jurisdiction, and failure to state a claim upon which relief can

be granted.  Further, this Court should grant summary judgment in favor of the Defendant United

States because there exists no genuine issue of material fact and Defendant is entitled to

judgment as a matter of law.

> Respectfully submitted,
>
> GREGORY A. WHITE
> United States Attorney
>
> By:    s/Lynne H. Buck
>       Lynne H. Buck
>       Assistant U.S. Attorney
>       Reg. No.:  0014166
>       801 West Superior Avenue
>       Suite 400
>       Cleveland, Ohio 44113
>       (216) 622-3712
>       Fax: (216)522-4982
>       E-Mail:lynne.buck@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2007, a copy of the foregoing *Motion to Dismiss, Or, Alternatively, for Summary Judgment* along with the attached *Memorandum in Support* were filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> s/Lynne H. Buck
> Lynne H. Buck
> Assistant U.S. Attorney