IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | )Judge Kathleen M. O'Malley |
| | )Cleveland, Ohio |
| vs. | ) |
| | )Criminal Action |
| AUBREY A. WALLER, | )Number 1:04CR00013 |
| GARY DEE ERVIN, | ) |
| Defendants. | ) |

TRANSCRIPT OF PROCEEDINGS HAD BEFORE
THE HONORABLE KATHLEEN M. O'MALLEY
JUDGE OF SAID COURT,
ON MONDAY, AUGUST 30, 2004

VOLUME 5 OF 10

APPEARANCES:

For the Government:  Blas E. Serrano
Nancy L. Kelley
Kelly L. Galvin
Assistant U.S. Attorneys
U.S. District Court
801 West Superior Avenue
Suite 400
Cleveland, Ohio 44113
(216) 622-3600

For Defendant Waller:  Michael G. Dane
Federal Public Defender
Skylight Office Tower, #750
1660 West Second Street
Cleveland, Ohio  44114
(216) 522-4856

For Defendant Ervin  Laurence A. Turbow
Laurence A. Turbow, LPA, Inc.
4403 St. Clair Avenue
Suite 300
Cleveland, Ohio 44103-1125
216-881-7030

Official Court Reporter:  Cynthia D. Lee, RPR
U.S. District Court
Suite 7-183
801 W. Superior Avenue
Cleveland, Ohio  44113
(216) 357-7186

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription.

further.

THE COURT: Thank you, sir. You may step down.

Call your next witness.

SAHIR HASAN,

of lawful age, a witness called by the Government,

being first duly sworn, was examined

and testified as follows:

DIRECT EXAMINATION OF SAHIR HASAN

BY MR. SERRANO:

Q. Would you state your name and spell the last name for the record please?

A. Detective Sahir Hasan, H-A-S-A-N.

Q. By whom are you presently employed?

A. The City of Cleveland, Division of Police, presently assigned to the homicide unit.

Q. And how long have you been with the homicide unit?

A. October 1, 1993.

Q. And who is your partner presently?

A. Detective Michael Beaman.

Q. Okay. Now, taking you back to the December 23rd of 2003 were you employed in the same capacity?

A. Yes, sir.

Q. And were you working on that day?

A. Well, technically I wasn't. We were off duty, but we

Hasan - Cross/Dane

actually took control of the gun after it was photographed and marked, I couldn't tell you.

Q.    Okay.  And would that also include Detective Kalas?

A.    If he was there, I don't recall seeing him there.  I might have overlooked him being there.

Q.    And when that -- when something like that is done in a situation like this where a handgun was found like this one was, in the rear area of the Jimmy, what would be the standard procedure to be followed in taking possession of, CPD taking possession of, that gun?

A.    After it's marked and photographed?

Q.    Yes.

A.    It's marked.  It's photographed.  And then a member of the police department, whether it's a crime scene unit detective or homicide detective, most time it's a crime scene unit personnel, take control of the gun and they convey it down to the crime scene unit.

Q.    Directing your attention to the scene itself.  As soon as the gun is found, if the gun -- now, this was a Bryco 9 millimeter?

A.    Yes, sir.

Q.    And you recall what the gun looked like; do you not?

A.    Yes.

Q.    If the gun is found with the clip or magazine in it, would that be removed?

938

Hasan - Cross/Dane

A.    It all depends on the circumstances.

Q.    All right.  If there were a round in the chamber, would the gun be unloaded before being transported to CPD homicide?

A.    Not necessarily, no.

Q.    So the clip might be left in it and the chambered round be left in it --

A.    That's correct.

Q.    -- correct.

And would there be one designated officer who would transport that gun away from the scene?

A.    As I indicated, on most instances members of the crime scene unit, detective from the crime scene unit.

Q.    And the detective from the crime scene unit in this particular investigation was who?

Would that be Detective Brown?

A.    Sergeant Campion, Detective Brown, I believe Detective Wagner, and if there were other members, I don't recall seeing them.

Q.    All right.  And at some point in connection with the investigation with that weapon unloaded would the magazine be taken out and the weapon unloaded?

A.    Yes.

Q.    Where would that commonly be done?

A.    If the crime scene unit confiscated the weapon they

Hasan - Cross/Dane

would unload it most likely -- like I say, each incident is different. Sometimes it can be unloaded on the scene after it's photographed and marked. And in some cases, I wouldn't say most, but in some cases they unload it once they get downtown.

Q.    Okay. Now, let me direct your attention, if I may, to Defendant's Exhibit S. And let me ask you to read that. You find it?

A.    Yes, sir.

Q.    Would you read that silently to yourself please.

Now, did that refresh your recollection as to what was done about the Bryco handgun in this particular case?

A.    It indicates that --

MR. SERRANO:  Objection, Your Honor.

THE COURT:  Overruled.

MR. SERRANO:  As I said before, that was not prepared by this witness.

THE COURT:  Well, you can clarify that on redirect.

Q.    You can go ahead.

A.    As I indicated, the weapon was conveyed to the crime scene office, tagged, entered --

THE COURT:  Sir, the question was does that refresh your personal recollection. Don't just read from the report.

Hasan - Cross/Dane

THE WITNESS: Yes.

Q. And this particular weapon in this particular case when found at the scene was it loaded or not?

A. Yes, it was loaded.

Q. And with how many rounds?

A. I don't know how many rounds on the scene they had. I know it had the magazine. It was loaded.

Q. Then the magazine had how many rounds?

A. I don't recall, sir.

Q. Now, I believe you testified on direct examination, correct me if I'm wrong, that when the weapon was found the slide was not fully forward, it was back. Did you say halfway back?

A. Yes, sir.

Q. And do you recall seeing it that way?

A. Yes, sir.

Q. And do you recall seeing what it was that was holding it back?

A. Yes.

Q. And what was that?

A. There was a round jammed in the chamber.

Q. All right. And am I correct that -- would I be correct to say that the round was not fully chambered then?

A. It's hard to say how a round -- either it can not be fully chambered, or the round can be expanded and not fit