IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FELICIA PRIAH et al., | ) | CASE NO.: 1:06CV02196 |
| | ) | |
| Plaintiffs, | ) | JUDGE BOYKO |
| | ) | |
| v. | ) | |
| | ) | FEDERAL DEFENDANT UNITED |
| | ) | STATES' MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | ) | THE SECOND AMENDED |
| | ) | COMPLAINT OR, IN THE |
| Defendant. | ) | ALTERNATIVE, MOTION FOR |
| | ) | SUMMARY JUDGMENT |

NOW COMES the United States of America, pursuant to Federal Rules of Civil

Procedure 12(b)(1),(6), and 56(b), and hereby moves this Honorable Court to dismiss the Second

Amended Complaint for lack of subject matter jurisdiction, and failure to state a claim upon

which relief can be granted.  Further, this Court should grant summary judgment in favor of the

Defendant United States because there exists no genuine issue of material fact and Defendant is

entitled to judgment as a matter of law.  In support of this motion, Defendant renews its

Memorandum in Support of its Motion for Summary Judgment filed on January 3, 2007, and

incorporates the same by reference as if re-filed herein.  Defendant will also file Defendant's

Supplemental Memorandum in Support of Motion to Dismiss the Second Amended Complaint

Or, Alternatively, For Summary Judgment and has requested permission from this honorable

court to file the same no later than March 5, 2007.

Respectfully submitted,

GREGORY A. WHITE
United States Attorney


By:     s/Lynne H. Buck
        Lynne H. Buck
        Assistant U.S. Attorney
        Reg. No.:  0014166
        801 West Superior Avenue
        Suite 400
        Cleveland, Ohio 44113
        (216) 622-3712
        Fax: (216)522-4982
        E-Mail:lynne.buck@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2007, a copy of the foregoing *Motion

to Dismiss Second Amended Complaint, Or, Alternatively, for Summary Judgment* was filed

electronically.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.


s/Lynne H. Buck
Lynne H. Buck
Assistant U.S. Attorney

2