UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FELICIA PRIAH, ET AL., | ) | CASE NO. 1:06CV2196 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

Pursuant to the Opinion and Order filed simultaneously with this Order the above captioned case is dismissed pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

FILED

SEP 3 0 2008

CLERK OF COURTS
U.S. DISTRICT COURT, BLD.O.
CLEVELAND

_____
CHRISTOPHER A. BOYKO
United States District Judge